Lillian LEIMAN, Plaintiff–Appellant,

v.

The State of NEW YORK, New York State Department of Social Services Quality Assurance and Audit, New York State Department of Civil Service and New York State Office of State Comptroller, Defendants–Appellees.

No. 00–9318.

United States Court of Appeals, Second Circuit.

April 11, 2001.

David B. Karel, Wilkofsky, Friedman, Karel & Cummins, N.Y., NY, for appellant.

Patrick J. Walsh, Ass't Sol. Gen., N.Y., NY, for appellees.

Present KEARSE, JOSÉ A. CABRANES and KATZMANN, Circuit Judges.

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Southern District of New York, and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Magistrate Judge Dollinger's Memorandum and Order dated September 20, 2000.

We have considered all of plaintiff's contentions on this appeal and have found in them no basis for reversal. The judgment of the district court is affirmed.